# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILENE ROSALINA RAMIREZ,<br><br>   Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>   Defendant | Case No.: 5:17-cv-01879-VEB<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

  Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

  IT IS ORDERED that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  October 18, 2018

        ____/s/Victor E. Bianchini_____
        VICTOR E. BIANCHINI
        UNITED STATES MAGISTRATE JUDGE